UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOSTON ATHLETIC ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 10-10740-DPW |
| | ) | |
| CAFEPRESS.COM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE WOODLOCK

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On  October 7, 2010 , I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    \_\_X\_\_\_ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person, by telephone or by authorized corporate officer.

The case was:

[ X ]  Settled. Your clerk should enter a 30-day order of dismissal.

[ ]  There was progress. The parties are to report back to the court by _____, at which time a further session will be scheduled if appropriate.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

                                                     / s / Judith Gail Dein
                                                   Judith Gail Dein, U.S. Magistrate Judge
DATED:  October 8, 2010                             ADR Provider