# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ATHLETIC ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CAFEPRESS.COM, INC., ZAZZLE INC.,<br>and JOHN DOES 1-10,<br><br>Defendants. | No.  CV10-10740-DPW<br><br>STIPULATION AND ORDER FOR<br>DISMISSAL OF CLAIMS AGAINST<br>DEFENDANT ZAZZLE, INC. WITH<br>PREJUDICE |

IT IS HEREBY STIPULATED and agreed, by and between Plaintiff Boston Athletic Association ("BAA") and Defendant Zazzle Inc. ("Zazzle"), through their respective counsel of record, that this action against Zazzle be dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs of suit.

**IT IS SO STIPULATED**.

FISH & RICHARDSON, P.C.

DATED:  January 24, 2011      By: _/s/ Adam Kessel_____
                                        Adam Kessel (BBO # 661211)
                                        Michael C. Lynn (BBO # 673060)
                                        One Marina Park Drive
                                        Boston, MA 02210
                                        Phone: 617-542-5070
                                        Fax: 617-542-8906
                                        *Attorneys for Plaintiff*
                                        Boston Athletic Association

DLA PIPER LLP (US)

DATED:  January 24, 2011                    By: _/s/ Bruce E. Falby (with permission)_
                                                 Bruce E. Falby (BBO# 544143)
                                                 Lauren Ann H. Pond (BBO # 669241)
                                                 33 Arch Street, 26th Floor
                                                 Boston, MA 02110-1447
                                                 Telephone: (617) 406-6000
                                                 Facsimile:  (617) 406-6100
                                                 *Attorneys for Defendant*
                                                 Zazzle Inc.


### ORDER OF DISMISSAL

IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties shall bear their own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**


DATED: _____          By:_____
                                     United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, a true and correct copy of the foregoing document was filed with the Clerk of the Court for the District of Massachusetts via the ECF System which will send notification to all registered participants of the ECF System.


*/s/ Michael C. Lynn*
Michael C. Lynn